LaPosta *v.* Himmer et al., Appellants, et al.

70

Argued October 2, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

72

74

*Sanford M. Chilcote,* with him *Dickie, Robinson & McCamey,* for defendant, appellants.

*E. V. Buckley,* with him *Mercer & Buckley,* for plaintiff, appellee.

*Samuel W. Pringle,* with him *Dalzell, McFall, Pringle & Bredin,* for additional defendant, appellée.

PER CURIAM, November 24, 1947:

All of the alleged errors covered by the appellants' assignments on this appeal were painstakingly considered and correctly disposed of by the learned court en banc. As nothing is to be gained by our reiterating either the facts or the law, the judgment will be affirmed on the opinion of Judge KENNEDY for the court below.

Judgment affirmed.